[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED

U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
July 12, 2005
THOMAS K. KAHN
CLERK

_____

No. 05-10189
Non-Argument Calendar

_____

D. C. Docket No. 03-81070-CV-KLR

BRANDON P. MOORE,
on behalf of himself and all
others similarly situated,

Plaintiff-Appellant,

versus

TRACTOR SUPPLY CO.,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

**(July 12, 2005)**

Before TJOFLAT, ANDERSON and GODBOLD, Circuit Judges.

PER CURIAM:

We find that the district court properly granted summary judgment in this Fair Labor Standards Act case because the plaintiff fit within the executive exception to federally mandated overtime pay.

AFFIRMED.